UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-CR-2362-AGS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| BENJAMIN HEYNE, | |
| Defendant. | |

On May 9, 2024, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of BENJAMIN HEYNE ("Defendant") in the following properties, pursuant to 18 U.S.C. § 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses for which Defendant was found guilty, including:

    1. All images of child pornography, as defined in Title 18, United States Code, Section 2256;

a. Four (4) USBs;

b. One (1) Amazon Fire tablet;

c. Two (2) Mosdart 64GB thumb drives;

d. One (1) Matsunichi Mode DM256 hard drive;

|   |    |                                                                           |
|---|----|---------------------------------------------------------------------------|
| 1 | e. | Two (2) SanDisk 64GB thumb drives;                                        |
| 2 | f. | One (1) SanDisk 8GB thumb drive;                                          |
| 3 | g. | Six (6) Unk GB thumb drives;                                              |
| 4 | h. | Two (2) MicroCenter 64GB thumb drives;                                    |
| 5 | i. | One (1) PNY 64 GB thumb drive;                                            |
| 6 | j. | One (1) Seagate 1TB hard drive, SN: NAA5PQDM;                             |
| 7 | k. | One (1) SanDisk 16GB thumb drive;                                         |
| 8 | l. | One (1) Black HP laptop SN: CND7104SVF;                                   |
| 9 | m. | Three (3) DataOceans 64GB thumb drives;                                   |
| 10| n. | Two (2) PNY 32GB thumb drives;                                            |
| 11| o. | One (1) Kingston 32GB thumb drive;                                        |
| 12| p. | One (1) WD Element external hard drive SN: WXG1E991YC30;                  |
| 13| q. | One (1) WD Element external hard drive SN: WXV2EA0CAXXR;                  |
| 14| r. | One (1) SanDisk 128 thumb drive;                                          |
| 15| s. | One (1) Seagate 1TB hard drive, SN: NA96CW8T;                             |
| 16| t. | One (1) DataTraveler 100G3 32GB USB thumb drive;                          |
| 17| u. | One (1) purple USB thumb drive;                                           |
| 18| v. | One (1) black Dell laptop SN: J4T2262;                                    |
| 19| w. | One (1) black LG cell phone;                                              |
| 20| x. | One (1) black Android cell phone with black case;                         |
| 21| y. | One (1) silver USB flash 1000GB thumb drive;                              |
| 22| z. | One (1) Kingston 128 GB thumb drive;                                      |
| 23| aa.| One (1) black unknown brand thumb drive; and                              |

For thirty (30) consecutive days ending on September 13, 2024, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

1  Forfeiture Actions, and further notifying all third parties of their right to petition the
2  Court within thirty (30) days of the final publication for a hearing to adjudicate the
3  validity of their alleged legal interest in the properties.

4      There were no potential third parties known to the United States to have
5  alleged an interest in the forfeited properties; therefore, no one was provided with
6  direct notice of the forfeiture.

7      Thirty (30) days have passed following the final date of notice by publication,
8  and no third party has made a claim to or declared any interest in the forfeited
9  properties described above.

10      Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
11  that, as a result of Defendant's conviction on Count 2 of the Information and based
12  upon the failure of any third party to come forward or file a petition for relief from
13  forfeiture as provided by law, all right, title and interest of BENJAMIN HEYNE and
14  any and all third parties in the following properties are hereby condemned, forfeited
15  and vested in the United States of America pursuant to Title 18, United States Code,
16  Section § 2253:

> (1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and
>
> (2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:
>
>     1. All images of child pornography, as defined in Title 18, United States Code, Section 2256;
>
> aa.    One (1) Amazon Fire tablet;
>
> bb.    One (1) Matunichi Mode hard drive;
>
> cc.    Two (2) MicroCenter 64GB thumb drives;
>
> dd.    Eight (8) thumb drives;
>
> ee.    Two (2) MOSDart 64GB thumb drives;
>
> ff.    One (1) Seagate 1TB hard drive 1TB, SN: NAA5PQDM;

| | | |
|---|---|---|
| 1 | gg. | Two (2) SanDisk 64GB thumb drive; |
| 2 | hh. | One (1) Black 15 HP laptop SN: CND7104SVF; |
| 3 | ii. | One (1) PNY 64GB thumb drive; |
| 4 | jj. | One (1) WD Element 4TB external hard drive SN: WXG1E991YC30; |
| 5 | kk. | One (1) WD Element 5TB external hard drive SN: WXV2EA0CAXXR; |
| 6 | ll. | One (1) SanDisk 8GB thumb drive; |
| 7 | mm. | One (1) Seagate 1TB hard drive, SN: NA96CW8T; |
| 8 | nn. | Two (2) DataOcean 64GB thumb drives; |
| 9 | oo. | Two (2) Kingston Data Traveler 32GB thumb drive; |
| 10 | pp. | One (1) black Dell Inspiron 5551 laptop SN: J4T2262; |
| 11 | qq. | One (1) black LG cell phone; |
| 12 | rr. | One (1) black OnePlus Nord smartphone; |
| 13 | ss. | One (1) Silver VendorCo 1000GB thumb drive; |
| 14 | tt. | One (1) Kingston 128 GB thumb drive; |
| 15 | uu. | One (1) SanDisk 16GB thumb drive; |
| 16 | vv. | One (1) PNY 32GB thumb drive; |
| 17 | ww. | One (1) SanDisk Cruzer Ultra 128GB thumb drive; |

IT IS FURTHER ORDERED that costs incurred by the United States Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

DATED: 12/5/2024

_____
Hon. Andrew G. Schopler
United States District Court Judge